UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNIVERSITIES SUPERANNUATION SCHEME LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO CO., PLC, JOSEPH PAPA, and JUDY BROWN,<br><br>Defendants. | Civ. Action No.  2:20-cv-2262 |

**CERTIFICATION OF SERVICE**

I hereby certify that on April 23, 2020, service of the request for Order admitting James D. Wareham, Esq., James E. Anklam, Esq., Samuel P. Groner, Esq., Samuel M. Light, Esq. and R. David Gallo, Esq. p*ro hac vice* on behalf of defendant Perrigo Company plc was accomplished pursuant to the Court's electronic filing procedures by filing these documents through the ECF system.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alan S. Naar*
　　　　　　　　　　　　　　　　　　　　　　　Alan S. Naar
　　　　　　　　　　　　　　　　　　　　　　　GREENBAUM, ROWE, SMITH & DAVIS LLP
　　　　　　　　　　　　　　　　　　　　　　　99 Wood Avenue South
　　　　　　　　　　　　　　　　　　　　　　　Iselin, New Jersey 08830-2712
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (732) 549-5600
　　　　　　　　　　　　　　　　　　　　　　　Fax: (732) 549-1881
　　　　　　　　　　　　　　　　　　　　　　　anaar@greenbaumlaw.com