# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>PAPA, et al.,<br><br>                    Defendants. | No. 2:16-cv-2805-MCA-LDW |
| CARMIGNAC GESTION, S.A.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>PERRIGO CO. PLC, et al.,<br><br>                    Defendants. | No. 2:17-cv-10467-MCA-LDW |
| MASON CAPITAL L.P., et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>PERRIGO CO. PLC, et al.,<br><br>                  Defendants. | No. 2:18-cv-1119-MCA-LDW |

| | |
|---|---|
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PAPA, et al., <br><br> Defendants. | No. 2:18-cv-1121-MCA-LDW |
| HAREL INSURANCE COMPANY, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO CO. PLC, et al., <br><br> Defendants. | No. 2:18-cv-2074-MCA-LDW |
| FIRST MANHATTAN CO., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO CO. PLC, et al., <br><br> Defendants. | No. 2:18-cv-2291-MCA-LDW |

| | |
|---|---|
| TIAA-CREF INVESTMENT MANAGEMENT, LLC, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> PAPA, et al., <br><br>  Defendants. | No. 2:18-cv-8175-MCA-LDW |
| NATIONWIDE MUTUAL FUNDS., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> PERRIGO CO. PLC, et al., <br><br>  Defendants. | No. 2:18-cv-15382-MCA-LDW |
| WCM ALTERNATIVES: EVENT-DRIVEN FUND, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> PERRIGO CO. PLC, et al., <br><br>  Defendants. | No. 2:18-cv-16204-MCA-LDW |

| | |
|---|---|
| HUDSON BAY MASTER FUND LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAPA, et al., <br><br> Defendants. | No. 2:18-cv-16206-MCA-LDW |
| SCHWAB CAPITAL TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO CO. PLC, et al., <br><br> Defendants. | No. 2:19-cv-3973-MCA-LDW |
| SCULPTOR MASTER FUND, LTD. f/k/a OZ MASTER FUND, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO CO. PLC, et al., <br><br> Defendants. | No. 2:19-cv-4900-MCA-LDW |

| | |
|---|---|
| ABERDEEN CANADA FUNDS – GLOBAL EQUITY FUND, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>PAPA, et al.,<br><br>     Defendants. | No. 2:19-cv-6560-MCA-LDW |
| DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD., et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>PERRIGO CO. PLC, et al.,<br><br>     Defendants. | No. 2:19-cv-21502-MCA-LDW |
| YORK CAPITAL MANAGEMENT, L.P., et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>PERRIGO CO. PLC, et al.,<br><br>     Defendants. | No. 2:19-cv-21732-MCA-LDW |

| | |
|---|---|
| BURLINGTON LOAN MANAGEMENT DAC, <br><br> Plaintiff, <br><br> v. <br><br> PAPA, et al., <br><br> Defendants. | No. 2:20-cv-1484-MCA-LDW |
| UNIVERSITIES SUPERANNUATION SCHEME LTD., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO CO. PLC, et al., <br><br> Defendants. | No. 2:20-cv-2262-MCA-LDW |
| PRINCIPAL FUNDS, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO CO. PLC, et al., <br><br> Defendants. | No. 2:20-cv-2410-MCA-LDW |

| | |
|---|---|
| KUWAIT INVESTMENT AUTHORITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAPA, et al., <br><br> Defendants. | No. 2:20-cv-3431-MCA-LDW |
| BLACKROCK GLOBAL ALLOCATION FUND, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO CO. PLC, et al., <br><br> Defendants. | No. 2:20-cv-4748-MCA-LDW |

PLEASE TAKE NOTICE that Jason S. Kanterman hereby enters his appearance as co-counsel for Defendant Perrigo Co., plc.

Dated:  January 13, 2021 　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　s/ Jason S. Kanterman
　　　　　　　　　　　　　　　　　Jason S. Kanterman
　　　　　　　　　　　　　　　　　FRIED, FRANK, HARRIS, SHRIVER
　　　　　　　　　　　　　　　　　　　& JACOBSON LLP
　　　　　　　　　　　　　　　　　One New York Plaza
　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　Phone: (212) 859-8000

　　　　　　　　　　　　　　　　　Jason.Kanterman@friedfrank.com

　　　　　　　　　　　　　　　　　*Counsel for Defendant Perrigo Co., plc*

## **CERTIFICATE OF SERVICE**

I hereby certify, that on January 13, 2021, I electronically filed the attached Notice of Appearance by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

s/ Jason S. Kanterman
Jason S. Kanterman
